CAUSE NO 01-15-00066-CV

IN THE

FIRST COURT OF APPEALS

HARRIS COUNTY TEXAS

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

APR 2 1 2015

CHRISTOPHER A. PRINE

CLERK_____

---

PATRICK OLAJIDE AKINWAMIDE

APPELLANT

V

TRANSPORTATION INSURANCE COMPANY

CNA INSURANCE COMPANY AND

AUTOMATIC DATA PROCESSING INC.

APPELLEES

---

FROM THE 80TH DISTRICT COURT

OF HARRIS COUNTY, TEXAS

---

REQUEST FOR COMPLETE CERTIFED RECORD OF THE CIURT
REPORTER'S RECORD OF A "SHOW CAUSE" HEARING HELD ON
OCTOBER 24, 2014 IN CAUSE NO. 97-48526

---

PATRICK OLAJIDE AKINWAMIDE, PROSE

2151 SOUTH KIRKWOOD ROAD, #295

HOUSTON, TEXAS 77077

(832) 620-9345

# REQUEST FOR COMPLETE CERTIFED RECORD OF THE CIURT REPORTER'S RECORD OF A "SHOW CAUSE" HEARING HELD ON OCTOBER 24, 2014 IN CAUSE NO. 97-48526

**The Court Reporter**

**80th District Court**

Subsequent to my requests of November 25, 2014 and February 2, 2015, Appellant hereby request the complete certified Court Reporter's Record of a "Show Cause" hearing held on October 24, 2014 in Cause No. 97-48526 at the 80th District Court, Harris County Texas.

The record should be a complete record of the hearing including but not limited to evidences present, objections, and evidences admitted at the hearing. Thank you for your cooperation in this matter.

Respectfully,

Patrick Olajide Akinwamide, Pro Se

2151 S. Kirkwood Rd., Apt. 295

Houston, TX 77077

Tel: (832) 620-9345

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the forgoing instrument was delivered via certified mail, return receipt requested or hand delivered to all counsels of record on this the 21st day of April 2015.

Michelle C. Tucker or Substitute

Official Court Reporter

80th District Court

201 Caroline, Room 915

Harris County Civil Courthouse

Houston, Texas 77002


Mr. Jeffrey L. Diamond

TX Bar No. 058025000

1010 San Jacinto Street

Houston, Texas 77002

Attorney of Record for Transportation Insurance Company, CNA Insurance Company and Automatic Data Processing Inc.

_____

Patrick Olajide Akinwamide, Pro Se

2151 S. Kirkwood Rd., Apt. 295

Houston, TX 77077

Tel: (832) 620-9345